HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA TILDON, Personal Representative of the ESTATE OF AURELIA MULCAHEY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS WEST, LLC d/b/a Rainier Vista Care Center, a foreign corporation,<br><br>Defendant. | No.: C06-5134 FDB<br><br>(PROPOSED)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come before the undersigned judge upon stipulation of the parties, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed with prejudice and without costs to either party.

DATED this 2nd day of May 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE :
No.:

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

1  Presented by:

2  BULLIVANT HOUSER BAILEY

3

4  By _____
      Pennock Gheen, WSBA #14969
5  Attorneys for Defendants

6  Approved as to Form; Notice of Presentation Waived:

7

8  By _____
      Patrick Duffy, Jr., WSBA #6414
9  Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL WITH PREJUDICE :   Page 2
No.:

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930